Order entered March 19, 2015



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00355-CR

## EX PARTE JEFFREY WAYNE FUJISAKA

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-80264-2015**

## ORDER

Appellant has appealed the trial court's order denying him the relief sought by his pretrial application for writ of habeas corpus seeking to have section 43.25 of the Texas Penal Code declared unconstitutional. This is an accelerated appeal under Texas Rule of Appellate Procedure 31.

We **ORDER** the trial court to prepare a certification of appellant's right to appeal for inclusion in the clerk's record. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

We **ORDER** the Collin County District Clerk to file the clerk's record containing the documents related to the case, including the trial court's order ruling on appellant's application for writ of habeas corpus, by **APRIL 6, 2015**.

We **ORDER** Susan Maienschein, official court reporter of the 416th Judicial District Court, to file, by **APRIL 6, 2015**, the complete reporter's record, including any exhibits, of all hearings conducted on the application for writ of habeas corpus.

We **ORDER** appellant to file his brief by **MAY 1, 2015**. We **ORDER** the State to file its brief by **MAY 26, 2015**. If any party does not file its brief by the date specified, the appeal will be submitted without that party's brief. *See* TEX. R. APP. P. 31.1.

Absent further order of the Court, the appeal will be submitted without argument on **JULY 1, 2015** before a panel consisting of Justices Fillmore, Myers, and Evans. *See* TEX. R. APP. P. 31.1, 31.2.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Chris Oldner, Presiding Judge, 416th Judicial District Court; Susan Maeinschein, official court reporter, 416th Judicial District Court; Andrea Stroh Thompson, Collin County District Clerk; and to counsel for all parties.

/s/    ADA BROWN
JUSTICE